PETER SHEWCHUK v.
NEW JERSEY STATE PAROLE BOARD.

October 1, 1974. Petition for certification denied.

JOSEPH COLAVITA v. PACKIN DODGE, INC.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS O. REGISTER, JR.

October 1, 1974. Petition for certification denied.

JACOB W. DALLENBACH v. FREDERICK F. RICHARDSON.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MAJOR BOWLING.

October 1, 1974. Petition for certification denied.

TOWNSHIP OF WAYNE v. STELZ COMPANY, INC.

October 1, 1974. Petition for certification denied.